IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JEFFREY BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:12cv739 |
| | § | (Judge Clark/Judge Mazzant) |
| EOS CCA, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Before the court is plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) [Doc. #8].

It is **ORDERED** that the Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) [Doc. #8] is accepted by the court. The court further **ORDERS** that plaintiff's claims and causes of action against defendant are **DISMISSED** in their entirety, with prejudice.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** on April 18, 2013.

_Ron Clark_
Ron Clark, United States District Judge